**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 13 |
| John D Fleming ) | |
| Bobbie J Fleming ) | Case No.19-27901 |
| ) | |
| Debtor(s) ) | Judge Schmetterer |

## NOTICE OF MOTION

TO:    See attached service list.

PLEASE TAKE NOTICE that on October 16, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Schmetterer, or any other judge sitting in his stead, in the courtroom usually occupied by him, in Room 682 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there move for entry of an order in accordance with the prayer of the motion attached hereto, at which time and place you may appear if you so desire.

/s/ Edwin L Feld

## CERTIFICATION

I, Edwin L Feld, the attorney in the above captioned case, state that I served the above notice and motion upon the above named parties, via United States Mail, properly addressed with postage fully prepaid before the hour of 4:30 pm, at 1 N LaSalle Street, Chicago, Illinois, on October 7, 2019.

/s/ Edwin L Feld

Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100

| | | |
|---|---|---|
| ACS/ College Loan Corp<br>501 Bleecker St<br>Utica, NY 13501 | Aqua<br>1000 E Schyler Ave<br>Kankakee, IL 60901 | ARS<br>1643 Harrison Pkwy, Suite 100<br>Sunrise, FL 33323 |
| AT&T<br>PO Box 6416<br>Carol Stream, IL 60197 | AT&T U-Verse<br>P.O. Box 5014<br>Carol Stream, IL 60197-5014 | AT&T Universal<br>PO Box 6500<br>Sioux Falls, SD 57117 |
| Big Picture Loans<br>PO Box 704<br>Watersmeet, MI 49969 | Bob & Lillian Kinney<br>15 N State St<br>Glenwood, IL 60425 | CACH LLC<br>PO Box 10675<br>Greenville, SC 29603 |
| CCI<br>501 Green Street 3rd F<br>Augusta, GA 30901 | Chase Auto Finance<br>PO Box 9001801<br>Louisville, KY 40290 | City of Chicago Heights<br>83 East Joe Orr Rd<br>Chicago Heights, IL 60411 |
| Clerk of the Circuit Court<br>16501 S Kedzie<br>Markham, IL 60428 | Columbia House<br>c/o Dymacol Corp.<br>PO Box 9026<br>Valley Stream, NY 11528 | Comcast<br>PO Box 70219<br>Philadelphia, PA 19176 |
| Comed<br>PO Box 6111<br>Carol Stream, IL 60197 | Contract Callers<br>501 Greene St, 3rd Floor<br>Suite 302<br>Augusta, GA 30901 | Credit Management LP<br>6080 Tennyson Pkwy Suite 100<br>Plano, TX 75024 |
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91716 | Cutler & Assoc<br>4131 Main St<br>Skokie, IL 60076 | Dept of Ed Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773 |
| Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL 32255 | Enhanced Recovery<br>8014 Bayberry Rd<br>Jacksonville, FL 32256 | Fedloan<br>PO Box 60610<br>Harrisburg, PA 17106 |
| Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263 | First Premier<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | Hamilton Collection<br>c/o RMCB<br>2269 Old Sawmill Rd<br>Elmsford, NY 10523 |
| IC Systems Inc<br>PO Box 64378<br>St Paul, MN 55164 | IL Tollway<br>PO Box 5544<br>Chicago, IL 60680 | Indiana Government Ctr North<br>Room 402<br>100 N Senate Ave<br>Indianapolis, IN 46204 |

Jefferson Capital Systems, LLC
16 McLeland Rd.
Saint Cloud, MN 56303

Kankakee County Clerk
Civil D
270 N Schuyler Ave
Kankakee, IL 60901

Kankakee Sanitary District
c/o IC Systems
444 E Hwy 96 East' PO Box 64378
Saint Paul, MN 55164

Kankakee Sanitary District
450 E Court St
Kankakee, IL 60901

Kaufman, P DO
c/o Region Recovery
5250 S Homan Ave
Hammond, IN 46320

King Music
c/o Creditors Collection
755 Almar Pkwy
Bourbonnais, IL 60914

Lake County Superior Court
232 Russell St, Division 4
Hammond, IN 46320

MCSI, Inc
PO Box 327
Palos Heights, IL 60463

MEA Munster LLC
PO Box 740023
Cincinnati, OH 45274

Midland Funding
320 E Big Beaver Suite 300
Troy, MI 48083

Montgomery Ward
1515 S 21st St
Clinton, IA 52732

National Recovery Agency
2491 Paxton St
Harrisburg, PA 17111

Nicor
PO Box 2020
Aurora, IL 60507

P Scott Lowery
5680 Greenwood Plaza Blvd, S- 500
Greenwood Village, CO 80111

Radiology Imaging Consultants
75 Remittance Dr, Dept 1324
Chicago, IL 60675

Santana Energy
c/o Merchants & Professional
11921 North Mopac
Austin, TX 78714

Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364

Sprint
PO Box 4191
Carol Stream, IL 60197

Stellar Recovery
1327 Hwy 2 W Ste 100
Kalispell, MT 59901

Swiss Colony
1112 7th Avenue
Monroe, WI 53566

SYNCB Care Credit
PO Box 965036
Orlando, FL 32896

T Mobile
PO Box 742596
Cincinnati, OH 45274

Trident Asset Mgmt
PO Box 888424
Atlanta, GA 30356

Verizon Wireless
P.O. Box 650051
Dallas, TX 75266

Village of Olympia Fields
Red Light Photo Enforcement
PO Box 76923
44101,

Wachovia Dealer Services
PO Box 1697
Winterville, NC 28590

Webbank Fingerhut
6250 Ridgewood
Saint Cloud, MN 56303

WFS Financial
Attn: Correspondence
P.O. Box 168048
Irving, TX 75016

Wollemi Acquisitions
c/o AIS Portfolio Services
4515 N Santa Fe Ave, Dept APS
Oklahoma City, OK 73118

WOW
PO Box 4350
Carol Stream, IL 60197

John & Bobbie Fleming
1234 Park Avenue, Apt 1
Chicago Heights, IL 60411

Tom Vaughn (ECF Notice)
55 E Monroe Street, Ste 3850
Chicago IL 60603

Case 19-27901    Doc 13    Filed 10/07/19    Entered 10/07/19 10:33:31    Desc Main
Document    Page 4 of 6
John & Bobbie Fleming
1234 Park Avenue, Apt 1
Chicago Heights, IL 60411

Tom Vaughn (ECF Notice)
55 E Monroe Street, Ste 3850
Chicago IL 60603

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 13 |
| John D Fleming | ) |
| Bobbie J Fleming | ) Case No.19-27901 |
| | ) |
| Debtor(s) | ) Judge Schmetterer |

### MOTION TO EXTEND THE AUTOMATIC STAY

NOW COMES the Debtor herein, John Fleming and Bobbie Fleming, (Debtors), by and through his/her attorneys, Edwin Feld, and Edwin L. Feld & Associates, LLC, and pursuant to 11 U.S.C. sec. 362(c)(3), and respectfully requests that this honorable Court enter an order extending the automatic stay as to each and every creditor, and in support of this motion, states as follows:

1.    The above-referenced case was filed on October 1, 2019

2.    The Debtors had a prior pending bankruptcy within the last year, 15-22023

3.    The Debtors made substantial efforts to perform in the prior case; at the time the motion was brought to dismiss the Debtors had paid the Trustee $11,150.00. Unfortunately, Bobbie suffered serious health problems in and around February, 2019 which required substantial out-of-pocket expenses in the range of $1000.00- $1500.00. In addition, although John had no loss of income during this time period, his company was sold and he began getting paid on a bi-weekly basis in early 2019 which resulted in a realignment of the budget. At the time the motion to dismiss was brought they were unable to get caught up with their Ch 13 payments.

4.    The Debtors are now in a position to make Chapter 13 payments as required because they can effectively manage their budget, including any medical out-of-pocket expenses, and, as in the prior case will proceed in good faith with their best efforts.

5.    For the foregoing reasons, the Debtor requests that the automatic stay be extended as to each and every creditor pursuant to section 362 ( c)(3) of the Bankruptcy Code.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order

extending the automatic stay as to each and every creditor pursuant to section 362(c)(3) of the Bankruptcy Code; and, for such other and further relief as this Court deems appropriate.

Respectfully Submitted,

/s/ Edwin L Feld
Attorney for Debtor


Edwin L Feld
Edwin L Feld & Associates, LLC
1 N LaSalle Street, Suite 1225
Chicago Illinois 60602
(312) 263-2100